UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
                                                  ) CASE NO. MJ12-025
     Plaintiff, )
                                                  )
   v. )
                                                  ) DETENTION ORDER
EDWARD EVERETT ROGERS, )
                                                  )
     Defendant. )
_____)

<u>Offense charged</u>: Failure to Register and Update Sex Offender Registration

<u>Date of Detention Hearing</u>: January 23, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant is a sex offender who is required to register and update sexual

offender registration pursuant to the Sex Offender Registration and Notification Act, but failed to do so.  Defendant has been previously convicted of failing to register as a sex offender, and is alleged to have left the state on multiple occasions without providing proper notification, and to have changed his residence on multiple occasions without providing proper notification.

2. Defendant was not interviewed by Pretrial Services.  He does not contest entry of an order of detention.

3. Defendant poses a risk of nonappearance due to lack of verified background information and a history of failing to comply with court orders.  He has been on fugitive status in the past and has a history of failures to appear.  Defendant poses a risk of danger due to criminal history and the nature of the instant charge.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection

01   with a court proceeding; and

02   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel

03   for the defendant, to the United States Marshal, and to the United State Pretrial Services

04   Officer.

05   DATED this <u>24th</u> day of January, 2012.

07   _____
    Mary Alice Theiler
08   United States Magistrate Judge