The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR12-73RSL |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| EDWARD EVERETT ROGERS, | |
| Defendant. | |

THE COURT, having considered the *Stipulated* Motion to Dismiss Supervised Release Violation, the memorandum prepared by the U.S. Probation Office, and all the files and records herein, the Court finds that the facts and circumstances are as set forth in the *Stipulated* Motion;

//
//
//

U.S. v. Rogers / CR12-73RSL
Order - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS THEREFORE ORDERED that the pending supervised release violation for
2  failing to report, alleged by petition dated January 7, 2015, is hereby DISMISSED; and
3  the hearing on this matter currently scheduled for July 21, 2015, is hereby STRICKEN.

5  DONE this 17th day of July, 2015.

   _____
   HON. ROBERT S. LASNIK
   United States District Court

10 Presented By:

12 s/ Steven T. Masada
   STEVEN T. MASADA
13 Assistant United States Attorney

14 s/ Corey Endo (by e-mail authorization)
   COREY ENDO
15 Counsel for Edward Rogers

U.S. v. Rogers / CR12-73RSL
Order - 2